UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES DELAFIELD,

    Petitioner,

v.                                    CASE NO. 6:05-cv-782-Orl-18KRS

JAMES V. CROSBY, JR., et al.,

    Respondents.
_____

## **ORDER**

Petitioner filed a petition for writ of habeas corpus (Doc. No. 1), a memorandum of support (Doc. No. 2), and a motion for leave to proceed in forma pauperis (Doc. No. 3). However, Petitioner did not signed any of the documents. Thereon it is **ORDERED** that all three documents are **STRICKEN** and *shall be returned to Petitioner by the Clerk of the Court*.

Petitioner shall have **TWENTY (20) DAYS** from the date of this Order to refile the document properly executed. **Petitioner is advise that the failure to comply with the provisions of this Order will result in the dismissal of this case without further notice**.

**DONE AND ORDERED** at Orlando, Florida this 14th day of July, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 7/14
James Delafield